Brian Bennett, 2261207
B.C. Unit 9601 Spur 591
Amarillo, Tx. 79107

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 11 2022
CLERK, U.S. DISTRICT COURT
By _MW_ Deputy

FILED
August 15, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

U.S. District Court
N. Dist. of Tx.
Case 7:22-CV-00041-O
Case 3:22cv-781-M
pg 1 of 2

Date: 8-10

{ TDCJ has manipulated the calender by C.O.'s so severe. Caught at Walls Unit. Trying to roll calender back from Jun to May. Though I had some proff of the dates. By mo. atleast. And now moreso at B.C. Unit.

Letter

To: Court Reporter

Notice, first ability to comply with lawful rules of proceedure. By orders to notify. Please be advised. My I.Q. is literly about 88. And have suffered extreem conditions. On all this TDCJ#. By ill malicious actions or/and neglect of Correctional Officers. Employees of the state.

To Whom All it may concern,

While housed at Michael Unit. I have had a duress of grievable conditions and cercumstances. And now, mouso at B.C. Unit. Such as.

I arrived here at B.C. Unit on said date by TDCJ; 6-3. My property has been held for well more than 20 days. Said by Offender handbook, rule book. Ad Seg custody or housing.

I am in the CMI program for 90days. Here at B.C. Unit. As TDCJ wants to keep me from any kind of progress as of prior to B.C. Unit.

I am suffering from conspiracy; co-conspiracy to intrap or/and wrongfully incriminate. As stated in the New Wigmore - A Tratise on Evadence.

Because I have filed torts. Within the U.S. District Court. Without question. TDCJ is guilty of Conspiracy to intrap with TDCJ cases in retaliation. Keeping my time and custody level ill.

I pray, if no further abilitys. For my letters be taken and reconised to and by Govuners. States House Representatives. To better promote positive change and behaivor. Along with prisoners rights. To be free of cruel and unusual punishment and treatment in a penal division.
1.09 Citation Code book State of Tx. 2014.

I personaly alone have an access of grievable and notable conditions, events against TDCJ. So extreem that even a "Lay Person" would see adaquite need and means for lagetament releaf. Also considering conditions and events in county jail of Hillsboro, Tx. 76645. Considering cruel and unusual acts by rotary members. In Sep. Hill Co. Jail. Spaceficly 2, 3, 9 cells "F" seperation.

Respectfully submitted,
Brian Bennett 2261207

Rotary members are interviening and blocking legal mail. Showing deliberate indifrence. And C.O.'s are telling other offenders to not associate with me. One spacifichy stated to an Offender housed in 12A06 cell. That I was a rapist. And raped her spacifichy. She is a White, Caucasion obease C.O. And uses illumination as her justification for mallce actions.

As on date I've been housed at B.C. Unit. 8-11. From 6-3. On arrival. A correction officer with a bean bar. Dilevered commissary to Offender housed in 13 cell. as I'm oused in 12 AA 2 row. 14 cell. This paticular Offender having made thrts of physical violence. And racial slurrs. Being a known Crip and security thret group member. Evadence of actions shows illegal activity. With a Spanish C.O. in compliance to aid the activity. As he delivers commissary to the offender in 13 cell. At odd hrs. The day or better after store day. likely involving Gang drug trade. state investigators can look on cameras 12 bldg +A block, pod B.C. Unit. within time this letter is recieved. While I'm now housed this cell still.

I-60



B.C. Unit 226/207 Baron Barnett
9601 Spur 591
Amarillo, TX 79107

AMARILLO TX 791
08 AUG 2022 PM 2 T

RECEIVED
AUG 11 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk, Reporter of the Court
U.S. District Court
501 W. 10th St. Rm. 310
Ft. Worth, TX 76102

Legal