IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BRIAN BENNETT,** § | | |
| **TDCJ No. 2261207,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 7:22-cv-079-O |
| § | | |
| **UNKNOWN DEFENDANT,** § | | |
| § | | |
| Defendant. § | | |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **15th day** of **September, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**